No. 83–6824. WILLIAMS *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari. 